## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.A.,<br>               **Petitioner** | : | No. 3:26cv309 |
| | : | |
| | : | (Judge Munley) |
| | : | |
| | : | |
|     v. | : | |
| | : | |
| **JESSICA SAGE, in her official** | : | |
| **Capacity as Warden, FCI Lewisburg;** | : | |
| **DAVID O'NEILL, in his official** | : | |
| **Capacity as Acting Director,** | : | |
| **U.S. Immigration and Customs** | : | |
| **Enforcement;** | : | |
| **KRISTI NOEM, in her official** | : | |
| **Capacity as Secretary, U.S.** | : | |
| **Department of Homeland Security;** | : | |
| **and PAM BONDI, in her official** | : | |
| **capacity as Attorney General of** | : | |
| **the United States,** | : | |
|              **Respondents** | : | |

## ORDER

**AND NOW**, to wit this _____ day of February 2026, upon consideration of

Petitioner T.A.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. §

2241, (Doc. 1), amended motion for a temporary restraining order / preliminary

injunction, (Doc. 3), and after a telephone conference on February 9, 2026 where

respondents asserted that Khalil v. President, United States, 164 F.4th 259 (3d

Cir. 2026) strips this court of jurisdiction, it is hereby **ORDERED** that:

1) The petition, (Doc. 1), is deemed **FILED** and the court notes that respondents have received notice of all filings in this case;

2) Without expressing an opinion on jurisdiction or the merits of the petitioner's claims, the court finds that resolution of the jurisdiction questions must occur first and will be resolved with the motion for a TRO;

3) **Within 24 hours**, respondents shall file a brief in opposition to the motion for TRO elaborating upon their argument that this court lacks subject-matter jurisdiction, see Khalil, 164 F.4th at 273–281;

4) Petitioner may file a reply no later than **24 hours** after respondents file a brief in opposition; and

5) Good cause exists to allow additional time for a response to the petition for writ of habeas corpus, see 28 U.S.C. § 2243.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2