IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.A.,<br>　　　　Petitioner | : <br> : <br> : <br> : | No. 3:26cv309 <br><br> (Judge Munley) |
| v. | : <br> : | |
| JESSICA SAGE, in her official<br>Capacity as Warden, FCI Lewisburg;<br>DAVID O'NEILL, in his official<br>Capacity as Acting Director,<br>U.S. Immigration and Customs<br>Enforcement;<br>KRISTI NOEM, in her official<br>Capacity as Secretary, U.S.<br>Department of Homeland Security;<br>and PAM BONDI, in her official<br>capacity as Attorney General of<br>the United States,<br>　　　　Respondents | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER

Earlier this week, T.A., an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 because, as he asserts, he fears being deported to a third country, Mexico. (Doc. 1). Specifically, T.A.'s petition requests the court assume jurisdiction over this matter. Id. at 17. T.A. also requests an order that respondents and those with whom they contract comply with the following:

> (1) provide written notice to Petitioner and his counsel of the third country to which Petitioner may be removed, in a language that Petitioner can understand; (2) following notice, provide meaningful opportunity, and a minimum of ten days, for Petitioner to raise a fear of return for eligibility for CAT and withholding protections; (3) if Petitioner demonstrates "reasonable fear," move to reopen the proceedings; and (4) if Petitioner is not found to have demonstrated "reasonable fear," provide meaningful opportunity, and a minimum of 15 days, for Petitioner to seek to move to reopen immigration proceedings

Id.

In a telephone conference on February 9, 2026, the government raised jurisdiction arguments. Over the last 48 hours or so, the parties have briefed those issues. In petitioner's recent filing, his counsel has represented that: 1) T.A. has had a partial fear interview; 2) the interview was not completed due to T.A.'s mental health issues; 3) decisions are made within a day or so; 4) there is no appeal process for that determination; and 4) removals can occur immediately upon denial of a fear interview. (Doc. 12).

Consequently, while the deliberative process unfolds on jurisdiction, the full TRO, and potentially the merits of T.A.'s habeas petition, it is hereby **ORDERED** that respondents and their contractors are temporarily enjoined from removing T.A. from the United States of America or from transferring T.A. to another detention location outside the Middle District of Pennsylvania until further order of court.

Date: 2/11/2026 at 5:40 PM

BY THE COURT:

_s/ Julia K. Munley_
JUDGE JULIA K. MUNLEY
United States District Court