IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.A., | : | No. 3:26cv309 |
|     **Petitioner** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| JESSICA SAGE, in her official Capacity as Warden, FCI Lewisburg; DAVID O'NEILL, in his official Capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official Capacity as Secretary, U.S. Department of Homeland Security; and PAM BONDI, in her official capacity as Attorney General of the United States, | : | |
|     **Respondents** | : | |

**ORDER**

**AND NOW**, to wit, this 17th day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner T.A.'s motion for leave to proceed under a pseudonym, (Doc. 5), is **GRANTED**;

2) T.A.'s petition for writ of habeas corpus under 28 U.S.C. § 2241, (Doc. 1), is **DISMISSED** for lack of subject-matter jurisdiction;

3) The dismissal is without prejudice to the filing of an amended petition within ten (10) days of the date of this order;

4) T.A.'s motion for a temporary restraining order, (Doc. 3), is **DENIED** as moot; and

5) The order dated February 11, 2026 temporarily staying the removal of petitioner from the United States of America, (Doc. 8), is **VACATED** due to the lack of jurisdiction.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court